

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

HUEY PAUL GARDNER                    CIVIL ACTION NO. 14-cv-0662

VERSUS                               JUDGE WALTER

CITY OF SHREVEPORT, ET AL            MAGISTRATE JUDGE HORNSBY

# JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **dismissed with prejudice** based on res judicata and the court's discretion to dismiss a complaint that is duplicative litigation.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ___28___ day of ___April___, 2014.

UNITED STATES DISTRICT JUDGE